```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :       NOTICE OF MOTION
            Plaintiff,                 :
                                       :
                                       :
                                       :
         - v. -                        :
                                       :       08-CV-9661
                                       :
DAVID LEE, KEVIN P. CASSIDY, EDWARD    :
J. O'CONNOR, and SCOTT CONNOR,         :
                                       :
                                       :
            Defendants.                :
- - - - - - - - - - - - - - - - - - - x
                                       :
COMMODITY FUTURES                      :
TRADING COMMISSION,                    :
                                       :
            Plaintiff,                 :
                                       :
                                       :
                                       :
         - v. -                        :
                                       :       08-CV-9662
                                       :
KEVIN P. CASSIDY, EDWARD J.            :
O'CONNOR, OPTIONABLE INC., DAVID       :
LEE, and ROBERT MOORE,                 :
                                       :
            Defendants.                :
- - - - - - - - - - - - - - - - - - - x
                                       :
CMEG NYMEX INC.,                       :
                                       :
            Plaintiff,                 :
                                       :
                                       :
         - v. -                        :
                                       :       09-CV-3677
                                       :
OPTIONABLE INC., KEVIN P. CASSIDY,     :
PIERPONT CAPITAL INC., EDWARD J.       :
O'CONNOR, RIDGECREST CAPITAL INC.,     :
and MARK A. NORDLICHT,                 :
                                       :
            Defendants.                :
- - - - - - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - - - - - x
                                       :
BANK OF MONTREAL,                      :
                                       :
              Plaintiff,               :    09-CV-7557
                                       :
                                       :
      - v. -                           :
                                       :
                                       :
OPTIONABLE INC., MF GLOBAL INC.,       :
KEVIN P. CASSIDY, EDWARD J.            :
O'CONNOR, MARK A. NORDLICHT, RYAN B.   :
WOODGATE, SCOTT CONNOR, AND JOSEPH     :
D. SAAB,                               :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - x
```

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, and upon all prior proceedings herein, the United States Attorney for the Southern District of New York will move this Court before the Honorable George B. Daniels, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rules 24(a) and (b) of the Federal Rules of Civil Procedure permitting the Government to intervene in the above-captioned actions and for an order staying deposition and interrogatory discovery in the above-captioned actions pending completion of related criminal

proceedings, and for such other relief as is just and proper.

Dated: April 13, 2010
       New York, New York

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney
                                Southern District of New York
                                Attorney for the United States
                                         of America

                      By: _____
                                Nicholas S. Goldin
                                Reed M. Brodsky
                                Assistant United States Attorneys
                                Telephone:  (212) 637-2334/2492

To:   Robert Lack, Esq.
      Michael Bongiorno, Esq.
      Therese Doherty, Esq.
      Lawrence Gelber, Esq.
      Marni Rae Robin, Esq.
      Eliot Lauer, Esq.
      Henry Korn, Esq.
      Scott Hershman, Esq.
      Christine Ryall, Esq.
      Scott Black, Esq.
      Michael McAllister, Esq.
      Edward McDermott, Esq.