```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
                                :
SECURITIES AND EXCHANGE COMMISSION, :
                                :       ORDER
            Plaintiff,          :
                                :
                                :
       - v. -                   :
                                :       08-CV-9961
                                :
DAVID LEE, KEVIN P. CASSIDY, EDWARD :
J. O'CONNOR, and SCOTT CONNOR,  :
                                :
            Defendants.         :
-------------------------------x
                                :
COMMODITY FUTURES               :
TRADING COMMISSION,             :
                                :
            Plaintiff,          :
                                :
                                :
       - v. -                   :
                                :       08-CV-9962
                                :
KEVIN P. CASSIDY, EDWARD J.     :
O'CONNOR, OPTIONABLE INC., DAVID :
LEE, and ROBERT MOORE,          :
                                :
            Defendants.         :
-------------------------------x
                                :
CMEG NYMEX INC.,                :
                                :
            Plaintiff,          :
                                :
                                :
       - v. -                   :
                                :       09-CV-3677
                                :
OPTIONABLE INC., KEVIN P. CASSIDY, :
PIERPONT CAPITAL INC., EDWARD J. :
O'CONNOR, RIDGECREST CAPITAL INC., :
and MARK A. NORDLICHT,          :
                                :
            Defendants.         :
-------------------------------x
```

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / 20 APR 2010

```
------------------- x
                    :
BANK OF MONTREAL,   :
                    :
          Plaintiff,:          09-CV-7557
                    :
                    :
     - v. -         :
                    :
                    :
OPTIONABLE INC., MF GLOBAL INC.,     :
KEVIN P. CASSIDY, EDWARD J.          :
O'CONNOR, MARK A. NORDLICHT, RYAN B. :
WOODGATE, SCOTT CONNOR, AND JOSEPH   :
D. SAAB,                             :
                    :
          Defendants.:
------------------- x
```

GEORGE B. DANIELS, District Judge:

WHEREAS the United States Attorney for the Southern District of New York has moved this Court to intervene and to stay all discovery involving depositions and interrogatories in the four above-captioned actions pending the disposition of the related criminal case of United States v. Kevin Cassidy, 08 Cr. 1101 (TPG);

WHEREAS no party in the above-captioned actions opposes the Government's motion for a limited stay of discovery;

NOW THEREFORE it is hereby ordered that all discovery involving depositions and interrogatories shall be and hereby is stayed in the above-captioned actions pending the disposition of

United States v. Kevin Cassidy, 08 Cr. 1101 (TPG).

Dated: April __, 2010
       New York, New York

SO ORDERED:                    2 0 APR 2010

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS