USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BANK OF MONTREAL,

              Plaintiff,

  -against-

OPTIONABLE, INC., et al.,

              Defendants.
------------------------------------------------------------X

ORDER

09 Civ. 7557 (GBD) (JLC)

(ECF Case)

**JAMES L. COTT, United States Magistrate Judge.**

By letter dated February 14, 2011, plaintiff Bank of Montreal ("BMO") requests Court intervention to compel defendant Mark Nordlicht and related non-parties (the "Non-Parties") (together, the "Nordlicht Parties") to produce documents pursuant to a document request served upon Nordlicht and a subpoena served upon the Non-Parties. In a letter dated February 15, 2011, the Nordlicht Parties respond, <u>inter alia</u>, that they are "already in the process of collecting and reviewing responsive documents."

Accordingly, the Nordlicht Parties are directed to make an initial production of documents by February 25, 2011, and to supplement each production not more than two weeks from the preceding production, until all such documents have been produced.

BMO and the Nordlicht Parties are specifically directed to meet and confer with respect to the EOO trading records. If they cannot resolve the issue related to these records, they should notify the Court, and a pre-motion conference will then be scheduled.

    SO ORDERED.

Dated: New York, New York
       February 17, 2011

_____
JAMES L. COTT
United States Magistrate Judge

USDC SDNY
DATE SCANNED 2/17/11

**Copies of this Order have been sent by ECF to the following:**

Hon. George B. Daniels

All Counsel of Record