*Cott, mng*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

BANK OF MONTREAL,

                        Plaintiffs,

        - against -                        09-CV-07557 (GBD) (JLC)

OPTIONABLE, INC., MF GLOBAL INC.,
KEVIN P. CASSIDY, EDWARD J. O'CONNOR,
MARK A. NORDLICHT, SCOTT CONNOR and
JOSEPH D. SAAB,

                        Defendants.

-------------------------------------------------------x

## CONFIDENTIALITY STIPULATION AND ORDER

WHEREAS, on August 7, 2010, plaintiff Bank of Montreal ("BMO") served subpoenas on non-parties Vincent Lanci (the "Lanci Subpoena") and CIS Options LLC (the "CIS Subpoena"); and

WHEREAS, on September 17, 2010, the Court entered a Confidentiality Stipulation and Order (the "Confidentiality Order") in this action; and

WHEREAS, the Lanci Subpoena and the CIS Subpoena seek, and Lanci and Commodity Investment Services LLC have been directed to produce, documents and information that constitute or contain information that is confidential (meaning that it is not generally known and not readily ascertainable by proper means), proprietary, trade secret, competitively sensitive, private, or personal information, or information protected by or subject to applicable privacy law;

USDC SDNY
DATE SCANNED 3/17/11

IT IS HEREBY STIPULATED AND AGREED by and between BMO on one hand, and Lanci and Commodity Investment Services LLC on the other, through their undersigned counsel, as follows, subject to the approval of the Court:

1. BMO shall designate all documents produced by Lanci or Commodity Investment Services LLC in response to the Lanci Subpoena and the CIS Subpoena (the "Lanci Production") as "Confidential," such that the Lanci Production shall be treated as Discovery Material and Confidential Material under, and shall be subject to the terms and conditions of, the Confidentiality Order.

2. With respect to the Lanci Production, Lanci and Commodity Investment Services LLC shall have all of the rights, privileges, obligations, and remedies of Parties and Designating Parties (as those terms are defined in the Confidentiality Order) under the Confidentiality Order.

Dated: New York, New York
       March 17, 2011

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____
    Anne E. Beaumont
1633 Broadway
46th Floor
New York, New York 10019-6708
Tel: (212) 833-1100
E-mail: abeaumont@fklaw.com

*Attorneys for Plaintiff Bank of Montreal*

WHITE AND WILLIAMS LLP

By: _____
    Carl Seldin Koerner
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
Tel: (212) 244-9500
E-mail: koernerc@whiteandwilliams.com

*Attorneys for Vincent Lanci and Commodity Investment Services LLC*

SO ORDERED:

Dated: March 17, 2011

_____
James L. Cott
United States Magistrate Judge