UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BANK OF MONTREAL,

              Plaintiff,

    -against-

OPTIONABLE, INC., et al.,

             Defendants.
------------------------------------------------------------X

ORDER

09 Civ. 7557 (GBD) (JLC)

(ECF Case)

**JAMES L. COTT, United States Magistrate Judge.**

Counsel for plaintiff Bank of Montreal ("BMO") and non-party Platinum Management (NY) LLC ("Platinum") appeared for a conference today to resolve a dispute concerning Platinum's discovery obligations and the costs related thereto. My rulings were set forth on the record and counsel are directed to the transcript. Following those rulings, the Court modified the February 17, 2011 Order (Dkt. No. 152) as follows:

Platinum is directed to make its next production of documents by June 1, 2011, and to supplement each production not more than two weeks from the preceding production, until all such documents have been produced. Platinum shall complete its document production by August 31, 2011.

    SO ORDERED.

Dated: New York, New York
       April 29, 2011

JAMES L. COTT
United States Magistrate Judge

**Copies of this Order have been sent by ECF to the following:**

Hon. George B. Daniels

All Counsel of Record

USDC SDNY
DATE SCANNED 4/29/11