USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 12 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMMODITY FUTURES
TRADING COMMISSION,

                    Plaintiff,

-against-                    08-CV-9962 (GBD)

KEVIN CASSIDY, EDWARD O'CONNOR
OPTIONABLE INC., DAVID LEE and
ROBERT MOORE,

                    Defendants.
------------------------------------------------------------X
CMEG NYMEX INC.

                    Plaintiff,

-against-                    09-CV-3677 (GBD)

OPTIONABLE INC., KEVIN CASSIDY,
PIERPONT CAPITAL, INC.,
EDWARD O'CONNOR, RIDGECREST CAPITAL
INC., and MARK NORDLICHT,

                    Defendants.
------------------------------------------------------------X
BANK OF MONTREAL,

                    Plaintiff

-against-                    09-CV-7557 (GBD)

OPTIONABLE INC., MF GLOBAL INC.,
KEVIN P. CASSIDY. EDWARD J. O'CONNOR,
MARK A. NORDLICHT, RYAN B. WOODGATE
SCOTT CONNOR and JOSPEH D. SAAB,

                    Defendants.
------------------------------------------------------------X

GEORGE B. DANIELS, District Judge:

    Defendants Optionable, Inc. and Edward O'Connor's counsel McCormick & O'Brien,

LLP's motion to withdraw as counsel is granted.

Dated:   July 12, 2011
          New York, New York

                                                                                                           SO ORDERED:

                                                                                       GEORGE B. DANIELS
                                                                                       United States District Judge