# EXHIBITS ADDENDUM TO DECLARATION OF LAWRENCE R. GELBER