# Exhibit K

FOIA Confidential Treatment Requested by BMO

Commodity Issue
Penny, Murray, Cally
Feb 2/07

Totem has agreed to check broker quotes with key contributors

Key issue is with out of the money options

Some of Optionables Quotes come from BMO since BMO a big customer of Optionable

- 80,000 Contracts closed out in on Feb 1

- worried that combination of sales & asking for broker quotes will make it more difficult to

Close-Out Reserve —
Market Risk closeout — looking at change in methodology →

- natural gas much more volatility
- have taken one vol

- Market Risk is building program to compare MTM to buy-out prices - should have results later this week.

BMO 0086450