UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BANK OF MONTREAL,

                     Plaintiff,

    -against-                      ORDER

OPTIONABLE, INC., et al.,          09 Civ. 7557 (GBD)

                    Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Plaintiff Bank of Montreal's claims against Defendant Kevin Cassidy in the above-captioned case are hereby DISMISSED without prejudice.

    The Clerk of the Court is directed to close the motion at ECF No. 247.

Dated: New York, New York
       January 23, 2014

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge