UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BANK OF MONTREAL,

                Plaintiff,

    -against-

OPTIONABLE, INC., MF GLOBAL INC.,
KEVIN P. CASSIDY, EDWARD J. O'CONNOR,
MARK A. NORDLICHT, RYAN B.
WOODGATE, SCOTT CONNOR, and
JOSEPH D. SAAB,

                Defendants.
------------------------------------x

ORDER

09 Civ. 7557 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Pursuant to the Parties' settlement agreement, all claims and cross-claims in this case are ordered DISMISSED with prejudice.

    The Clerk of Court is directed to close the motions at ECF Nos. 262 and 266 and this case.

Dated: New York, New York
       February 24, 2014

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge