# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1251

WRITER'S DIRECT FAX
(212) 373-7951

E-MAIL
THAGGERTY@FKLAW.COM

NORMAN ALPERT
ASAF REINDEL
COUNSEL

ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
PEARLINE M. HONG
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
EMILY L. CHANG
ANDREW M. ENGLANDER
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
SARAH F. FOLEY
JAMUNA D. KELLEY
RAINA L. NORTICK
MICHAEL S. PALMIERI
TANVIR VAHORA
NORA BOJAR
ANDREW C. KOSTIC

February 25, 2014

BY ECF

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    <u>Bank of Montreal v. Optionable, Inc., et al.</u>, 09-CV-7557 (GBD) (JLC)

Dear Judge Daniels:

        We write on behalf of plaintiff Bank of Montreal. In an Order entered yesterday, Your Honor directed that "Pursuant to the Parties' settlement agreement, all claims and cross-claims in this case are ordered DISMISSED with prejudice." (ECF 271, the "Dismissal Order.")

        We write to respectfully request that the Court amend the Dismissal Order to avoid potential confusion that might arise due to the facts that (a) only some of the parties to this litigation are parties to settlement agreements; (b) the unopposed motions at ECF 262 and 266 to which the Order refers sought dismissal with prejudice only of certain claims; and (c) certain other claims in this action had been previously dismissed without prejudice (ECF 108, 269), which dispositions we do not understand the Court to intend to disturb through the Dismissal Order. We believe that any potential for confusion can be eliminated by amending the first sentence of the Dismissal Order as follows (emphasis added): "Pursuant to the <u>Settling</u> Parties' settlement agreement<u>s</u>, all <u>remaining</u> claims and cross-claims in this case are ordered DISMISSED with prejudice." We therefore request that the Court enter an Order amending the Dismissal Order accordingly.

                                      Respectfully,

                                      Timothy M. Haggerty

cc:  All Counsel (by ECF) and *Pro Se* Defendant (by e-mail)

2928576.2